# EXHIBIT C

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2021-07-06 01:27:35 EDT |
| **Mark:** | ASIAN LANTERN FESTIVAL CLEVELAND METROPARKS ZOO |



| | | | |
|---|---|---|---|
| **US Serial Number:** | 90801394 | **Application Filing Date:** | Jun. 29, 2021 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark, Service Mark | | |
| **TM5 Common Status Descriptor:** | | LIVE/APPLICATION/Awaiting Examination  The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner. | |
| **Status:** | New application will be assigned to an examining attorney approximately 3 months after filing date. | | |
| **Status Date:** | Jul. 02, 2021 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | ASIAN LANTERN FESTIVAL CLEVELAND METROPARKS ZOO |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | - |
| **Description of Mark:** | The mark consists of the words ASIAN LANTERN FESTIVAL CLEVELAND METROPARKS ZOO and a miscellaneous design. |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Jewelry; clocks; watches | | |
| **International Class(es):** | 014 - Primary Class | **U.S Class(es):** | 002, 027, 028, 050 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

| | | | |
|---|---|---|---|
| **For:** | Printed materials, namely, sticker books, stickers, decals; printed books, brochures and newsletters in the field of recreational park services, zoo services, conservation services, and planned giving relating thereto, flyers | | |
| **International Class(es):** | 016 - Primary Class | **U.S Class(es):** | 002, 005, 022, 023, 029, 037, 038, 050 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

| | | | |
|---|---|---|---|
| **For:** | Beverage glassware, mugs, tumblers, for use as drinking glasses; insulated containers for beverage cans for domestic use; non-electric portable beverage coolers | | |
| **International Class(es):** | 021 - Primary Class | **U.S Class(es):** | 002, 013, 023, 029, 030, 033, 040, 050 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

| | | | |
|---|---|---|---|
| **For:** | Shirts; t-shirts; tank tops; sweaters; sweatshirts; shorts; vests; coats; jackets; anoraks; wind-resistant jackets; bodysuits and body shirts; coveralls; gloves; mittens; pajamas; infant wear; footwear; headwear | | |
| **International Class(es):** | 025 - Primary Class | **U.S Class(es):** | 022, 039 |

|  |  |  |  |
|---|---|---|---|
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |
| **For:** | Toys and games, namely, nature-based card games, nature-based action skill games, board games, toy animals and toy plants | | |
| **International Class(es):** | 028 - Primary Class | **U.S Class(es):** | 022, 023, 038, 050 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |
| **For:** | Recreational park services; zoo services | | |
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

## Basis Information (Case Level)

|  |  |  |  |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

|  |  |  |  |
|---|---|---|---|
| **Owner Name:** | Board of Park Commissioners for the Cleveland Metropolitan Park District | | |
| **Owner Address:** | 4101 Fulton Parkway<br>Cleveland, OHIO UNITED STATES 44144 | | |
| **Legal Entity Type:** | Political subdivision | **State or Country Where Organized:** | OHIO |

## Attorney/Correspondence Information

**Attorney of Record**

|  |  |  |  |
|---|---|---|---|
| **Attorney Name:** | Carrie A. Shufflebarger | **Docket Number:** | 78916.16 |
| **Attorney Primary Email Address:** | IPdocket@thompsonhine.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

|  |  |  |  |
|---|---|---|---|
| **Correspondent Name/Address:** | CARRIE A. SHUFFLEBARGER<br>THOMPSON HINE LLP<br>312 WALNUT STREET, SUITE 2000<br>CINCINNATI, OHIO UNITED STATES 45202 | | |
| **Phone:** | 513-352-6678 | **Fax:** | (513) 241-4771 |
| **Correspondent e-mail:** | IPdocket@thompsonhine.com dawn.schneider@thompsonhine.com carrie.shufflebarger@thompsonhine.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 02, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** NEW APPLICATION PROCESSING       **Date in Location:** Jul. 02, 2021



United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Assignments on the Web** > Trademark Query

# No assignment has been recorded at the USPTO

## For Serial Number: 90801394

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT