# EXHIBIT D

| To: | Culture Asia Partners USA, Inc. (stevehkim@gmail.com) |
| Subject: | TRADEMARK APPLICATION NO. 77144713 - SPECTACULAR ASIAN LA - N/A |
| Sent: | 7/13/2007 5:09:11 PM |
| Sent As: | ECOM101@USPTO.GOV |
| Attachments: | Attachment - 1 |
| | Attachment - 2 |
| | Attachment - 3 |
| | Attachment - 4 |
| | Attachment - 5 |
| | Attachment - 6 |

## UNITED STATES PATENT AND TRADEMARK OFFICE

SERIAL NO: 77/144713

MARK: SPECTACULAR ASIAN LA

CORRESPONDENT ADDRESS:
 CULTURE ASIA PARTNERS USA, INC.
 CULTURE ASIA PARTNERS USA, INC.
 4157 W 5TH ST STE 208
 LOS ANGELES, CA 90020-4100

## *77144713*

RESPOND TO THIS ACTION:
http://www.uspto.gov/teas/eTEASpageD.htm

GENERAL TRADEMARK INFORMATION:
http://www.uspto.gov/main/trademarks.htm

APPLICANT:        Culture Asia Partners USA, Inc.

CORRESPONDENT'S REFERENCE/DOCKET NO :
 N/A
CORRESPONDENT E-MAIL ADDRESS:
 stevehkim@gmail.com

## OFFICE ACTION

TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE ISSUE/MAILING DATE.

ISSUE/MAILING DATE: 7/13/2007

 TEAS PLUS APPLICANTS MUST SUBMIT DOCUMENTS ELECTRONICALLY OR SUBMIT FEE:  TEAS Plus applicants should submit the following documents using the Trademark Electronic Application System (TEAS) at http://www.uspto.gov/teas/index.html:  (1) written responses to Office actions; (2) preliminary amendments; (3) changes of correspondence address; (4) changes of owner's address; (5) appointments and revocations of attorney; (6) amendments to allege use; (7) statements of use; (8) requests for extension of time to file a statement of use, and (9) requests to delete a §1(b) basis.  If any of these documents are filed on paper, they must be accompanied by a $50 per class fee.  37 C.F.R. §§2.6(a)(1)(iv) and 2.23(a)(i).  Telephone responses will not incur an additional fee.  NOTE:  In addition to the above, applicant must also continue to accept correspondence from the Office via e-mail throughout the examination process in order to avoid the additional fee.  37 C.F.R. §2.23(a)(2).

The assigned examining attorney has reviewed the referenced application and determined the following.

### No conflicting marks found

The examining attorney has searched the Office records and has found no similar registered or pending mark which would bar registration under Trademark Act Section 2(d), 15 U.S.C. §1052(d).  TMEP §704.02.

**Refusal – merely descriptive**

Registration is refused because the proposed mark merely describes the applicant's services.   Trademark Act Section 2(e)(1), 15 U.S.C. §1052(e)(1); TMEP §§1209 *et seq.*

A mark is merely descriptive under Section 2(e)(1) if it describes an ingredient, quality, characteristic, function, feature, purpose or use of the specified goods and/or services.  *In re Gyulay*, 820 F.2d 1216, 3 USPQ2d 1009 (Fed. Cir. 1987);  *In re Bed & Breakfast Registry,* 791 F.2d 157, 229 USPQ 818 (Fed. Cir. 1986); *In re MetPath Inc.*, 223 USPQ 88 (TTAB 1984); *In re Bright-Crest, Ltd.*, 204 USPQ 591 (TTAB 1979); TMEP §1209.01(b).  A mark that describes an intended user of a product or service is also merely descriptive within the meaning of Section 2(e)(1).  *See Hunter Publ'g Co. v. Caulfield Publ'g, Ltd.,*   1 USPQ2d 1996 (TTAB 1986); *In re Camel Mfg. Co.*, 222 USPQ 1031 (TTAB 1984).

Asian Lantern Festival is the apt descriptive name of the services.  Note the two attached Internet articles about Asian Lantern Festivals.  This is just a representative sampling of the numerous stories on the subject.  "Spectacular"  is a laudatorily descriptive term meaning in the nature of a spectacle; impressive or sensational.  In the context of the proposed mark, "sdpectacular  merely touts the event as an impressive or sensational one.

For the purpose of a Section 2(e)(1) analysis, a term need not describe all of the purposes, functions, characteristics or features of the services to be merely descriptive.  *In re Dial-a-Mattress Operating Corp.*, 240 F.3d 1341, 1346, 57 U.S.P.Q.2d 1807 (Fed. Cir. 2001).  It is enough if the term describes only one significant function, attribute or property.  *In re Oppedahl & Larson LLP*, 373 F.3d 1171, 1173, 71 USPQ2d 1370, 1371 (Fed. Cir. 2004) ("[A] mark may be merely descriptive even if it does not describe the 'full scope and extent' of the applicant's goods or services.") (quoting  *In re Dial-A-Mattress Operating Corp.*, 240 F.3d 1341, 1346, 57 USPQ2d 1807, 1812 (Fed. Cir. 2001)).

Laudatory terms, i.e., those terms that attribute quality or excellence to goods or services, are considered descriptive terms under Trademark Act Section 2(e)(1), 15 U.S.C. §1052(e)(1); TMEP §1209.03(k).  That is, laudatory terms, phrases and slogans are nondistinctive and unregistrable on the Principal Register without proof of acquired distinctiveness.  *In re Nett Designs Inc.*, 236 F.3d 1339, 57 USPQ2d 1564 (Fed. Cir. 2001) (THE ULTIMATE BIKE RACK); *In re Boston Beer Co. L.P.*, 198 F.3d 1370, 53 USPQ2d 1056 (Fed. Cir. 1999) (THE BEST BEER IN AMERICA); *In re Dos Padres Inc.*, 49 USPQ2d 1860 (TTAB 1998) (QUESO QUESADILLA SUPREME); *In re Consolidated Cigar Co.*, 35 USPQ2d 1290 (TTAB 1995) (SUPER BUY); *General Foods Corp. v. Ralston Purina Co.,* 220 USPQ 990 (TTAB 1984) (ORIGINAL BLEND).

Although the examining attorney has refused registration, the applicant may respond to the refusal to register by submitting evidence and arguments in support of registration.

Once the applicant properly avers use in commerce, the application may be amended to the Supplemental Register with a disclaimer of "ASIAN LANTERN FESTIVAL" (because the wording aptly describes the services).

/Ira Goodsaid/
Ira Goodsaid
Trademark Examining Attorney
Law Office 101
571-272-9166

**RESPOND TO THIS ACTION:** If there are any questions about the Office action, please contact the assigned examining attorney. A response to this Office Action should be filed using the Office's Response to Office action form available at http://www.uspto.gov/teas/eTEASpageD.htm.  If notification of this Office action was received via e-mail, no response using this form may be filed for 72 hours after receipt of the notification.  **Do not attempt to respond by e-mail as the USPTO does not accept e-mailed responses**.

If responding by paper mail, please include the following information: the application serial number, the mark, the filing date and the name, title/position, telephone number and e-mail address of the person signing the response.  Please use the following address: Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451.

**STATUS CHECK:** Check the status of the application at least once every six months from the initial filing date using the USPTO Trademark Applications and Registrations Retrieval (TARR) online system at http://tarr.uspto.gov.  When conducting an online status check, print and maintain a copy of the complete TARR screen.  If the status of your application has not changed for more than six months, please contact the assigned examining attorney.

http://www.imdiversity.com/Villages/Asian/family_lifestyle_traditions/lunar_new_year/chinese_lantern_festival.asp 07/13/2007 10:48:01 AM

IMDIVERSITY.com

AFRICAN-AMERICAN VILLAGE | ASIAN-AMERICAN VILLAGE | HISPANIC-AMERICAN VILLAGE | NATIVE-AMERICAN VILLAGE | WOMEN'S VILLAGE | MINORITIES' GLOBAL VILLAGE

home | search jobs | my account | employer profiles | career center | about us | for employers

Key Sponsor

Opportunities in High Performance Computing LSI

Baxter

Featured Jobs
View Featured Jobs
$100K-plus Jobs

Asian American Village Categories

Specials
Arts, Culture & Media
Business, Finance & Economics
Careers, Workplace, Employment
Civil, Human & Equal Rights
Education & Academia
Family, Lifestyles,

# Celebration of the Lantern Festival

## Wrapping Up Lunar New Year Activities

**By the Chinese Culture Center of San Francisco**

Falling on the 15th day of the first month of the Lunar Year, the Lantern Festival takes place under a full moon, and marks the end of Chinese New Year festivities. The Lantern Festival dates back to shrouded legends of the Han Dynasty over 2000 years ago.

- Legend of the Lantern Festival's Origin
- The Modern Lantern Festival
- Yuan Xiao and Tang Yuan

## Legend of the Lantern Festival's Origin

In one such legend, the Jade Emperor in Heaven was so angered at a town for killing his favorite goose that he decided to destroy it with a storm of fire. However, a good-hearted fairy heard of this act of vengeance, and warned the people of the town to light lanterns throughout the town on the appointed day. The townsfolk did as they were told, and from the Heavens, it looked as if the village was ablaze. Satisfied that his goose had already been avenged, the Jade Emperor decided not to destroy the town. From that day on, people celebrated the anniversary of their deliverance by carried lanterns of different shapes and colors through the streets on the

Asian-American Village News

Associated Press
Clinton taps political clout of Indian Americans
Fired Ala. A&M prof claims racial discrimination
St Cloud plans kindergarten classes in Chinese
Iz Kamakawiwo'ole's posthumous album out
S Korean prez leaves Hawaii
*Weekend Lifestyles*

Secret Asian Man

Secret Asian Man
SAM in: "Flavors"

Also

What's New @ IMDiversity Career Center?

Graduate School Opportunities



http://www.imdiversity.com/Villages/Asian/family_lifestyle_traditions/lunar_new_year/chinese_lantern_festival.
asp       07/13/2007 10:48:01 AM

Family, Lifestyles,
Traditions
History & Heritage
Opinion and
Letters
Politics & Law
World Affairs
News &
Announcements
Reference
Organizations &
Links
AAV Jobs Center
New! AAV Blog
Browse Full Index

MY JOB TOOLS

Account Login
Create Account

Search Jobs
enter keywords
GO

lanterns of different shapes and colors through the streets on the
first full moon of the year, providing a spectacular backdrop for lion
dances, dragon dances, and fireworks.

## The Modern Lantern Festival

While the Lantern Festival has changed very little over the last two millennia, technological
advances have made the celebration more and more complex and visually stimulating. Indeed,
the festival as celebrated in some places (such as Taipei, Taiwan) can put even the most garish
American Christmas decorations to shame. They often sport unique displays of light that leave
the viewer in awe.

Master craftsman will construct multicolored paper lanterns in the likeness of butterflies,
dragons, birds, dragonflies, and many other animals; these accentuate the more common, red,
spherical lanterns. Brilliantly-lit floats and mechanically driven light displays draw the attention of
the young and old alike. Sometimes, entire streets are blocked off, with lanterns mounted above
and to the sides, creating a hallway of lamps. Some cities in North China even make lanterns
from blocks of ice! And just as in days gone by, the billion-watt background sets the scene for
dragon and lion dances, parades, and other festivities.

## Yuan Xiao and Tang Yuan



Yuan Xiao and Tang Yuan are balls of glutinous rice, sometimes
rolled around a filling of sesame, peanuts, vegetable, or meat.
Tang Yuan are often cooked in red-bean or other kinds of soup.
The round shape symbolizes wholeness and unity.

Article copyrighted ©2000 by The Chinese Culture Center of San Francisco at http://www.c-c-
c.org/home.html and used here with permission. Please do not reproduce article or images without
express written permission from the CCC of SanFrancisco. Images: Top -"Lantern depicting 4 Chinese
Beauties"; Bottom-"Chiang Kai Shek Memorial in Taipei, 1998, Year of the Tiger".

IMDiversity.com is committed to presenting diverse points of view. However, the viewpoint
expressed in this article is the opinion of the author and is not necessarily the viewpoint of the
owners or employees at IMD.



http://www.worldeventsguide.com/event.ehtml?o=2053 07/13/2007 10:49:35 AM

WORLD EVENTS GUIDE

**New York Asian Fun**
Beautiful Asian Grils & Models All The Tri-State Area, OutCalls

**Manufacturing in Asia**
Since 1936. Call at 2486447700 or kensteinman@walkerworldtrade.com

Ads by Google

**Find an Event** [Advanced Search »]

**Country:** All Countries **Place:** All Places **Theme:** All Themes

**When?** Today Tomorrow Next 7 days Next 28 Days Any Time go

OR Quick Search

**WEG Favourites**

Countries: Select Country... or
Cities: Select City... or
Themes: Select Theme...

**You are in:** World Events Guide > Asian Lantern Festival

## Asian Lantern Festival, *Auckland, New Zealand*

**01 Feb 2008 - 31 Mar 2008** *Date to be confirmed*

The Asian Lantern Festival – a moveable feast – takes place on the 15th day of the first month of the lunar year, and attracts crowds of up to 140,000 to Auckland's beautiful Albert Park. Hundreds of brightly coloured lanterns, commissioned and imported from China and Singapore, embellish the park throughout the festival. A succession of cultural events unfolds, including traditional music and theatrical performances. Delicious Oriental food satisfies the most demanding of appetites, and shoppers are tempted by a profusion of unusual gifts and household products at the many craft stalls. The festival forms part of the Chinese New Year celebrations, a tradition which the Chinese community shares with the people of Auckland and its visitors. The non-stop entertainment includes Dragon and Lion Dance Groups, and martial arts demonstrations

**Times**
Approximately 1700–2230

**Event Organisers Corner**

- **Submit an event**

Ads by Google

**Asian Art**
Looking for Asian Art? Find exactly what you want today.
Yahoo.com

**Asian Girls For Dating**
Beautiful Chinese

http://www.worldeventsguide.com/event.ehtml?o=2053        07/13/2007 10:49:35 AM



**Where?**

**Albert Park**
In city centre between Kitchener Street and Princes Street

**Getting There**

Foot: Albert Park is a short walk south of the Harbour

**How Much?**

Free

**For More Information**

**Asia New Zealand Foundation**
(Private Bag 92018)
Level 8
58 Symonds Street
Auckland
North Island
New Zealand

**Tel** +64 (0)9 368 1435
**Email** auckland@asianz.org.nz

**Website** www.asianz.org.nz

NB: While every care has been taken to ensure the information provided is accurate, we advise you to check with the event organisers before traveling to confirm the details are correct.
© Copyright: World Events Guide, 2006. All Right Reserved                Sitemap | UK Web Hosting   |    Terms of Use  |  Contact Us

ladies seek men for
love and marriage.
Join free!
www.chnlove.com

**Asian Lamps,
Hanging Lamp**
Oriental furnishings
importer, Lamps at
$45  Free
Shipping
www.orientalfurnishings.c

**Meet Gay Asian
Hunks**
Find Local Gay
Asian Hunks Near
You. 100% Free.
Join Now!
www.GayAsianSingles.co

http://www.yourdictionary.com/ahd/s/s0617300.html    07/13/2007 10:50:49 AM



your Dictionary.com™

**Dictionary Results**

spectacular    Search

Ads by Google

## spectacular

**spec·tac·u·lar**

🔊 Hear it (spĕk-tăk′yə-lər)

**UM Online High School**

Earn High School Credits in Summer
Learn Anytime from Anywhere

www.myumsummerschool.com

Advertise on this site

SPECTACULAR DEFINITION

*adj.*
Of the nature of a spectacle; impressive or sensational

*n.*
Something that is spectacular, as:
    **a.** A single dramatic production of unusual length or lavishness.

    **b.** An elaborate display.

http://www.yourdictionary.com/ahd/s/s0617300.html          07/13/2007 10:50:49 AM

**b.** An elaborate display.

SPECTACULAR SYNONYMS

*adjective*

Suggesting drama or a stage performance, as in emotionality or
suspense: dramatic, histrionic, histrionical, melodramatic, sensational,
theatric, theatrical. *See* excite, style, surprise

SPECTACULAR DERIVATIVES

**spec·tac·u·lar·i·ty** (-lăr′ĭ-tē) *n.*

**spec·tac·u·lar·ly** *adv.*

‹ spectacled                                                    spectate ›
« spectacle                                                   spectator »

*The American Heritage® Dictionary of the English Language, Fourth Edition*
Copyright © 2000 by Houghton Mifflin Company. Published by the Houghton Mifflin Company. All rights reserved.

*Roget's II: The New Thesaurus, Third Edition* by the Editors of the American Heritage® Dictionary
Copyright © 1995 by Houghton Mifflin Company. Published by the Houghton Mifflin Company. All rights reserved.

© 1996-2007 yourDictionary.com, Inc. All Rights Reserved.

| To: | Culture Asia Partners USA, Inc. (stevehkim@gmail.com) |
|---|---|
| Subject: | TRADEMARK APPLICATION NO. 77144713 - SPECTACULAR ASIAN LA - N/A |
| Sent: | 7/13/2007 5:09:11 PM |
| Sent As: | ECOM101@USPTO.GOV |
| Attachments: | |

# IMPORTANT NOTICE
## USPTO OFFICE ACTION HAS ISSUED ON 7/13/2007 FOR
## APPLICATION SERIAL NO. 77144713

Please follow the instructions below to continue the prosecution of your application:

**VIEW OFFICE ACTION:** Click on this link **http://portal.uspto.gov/external/portal/tow?DDA=Y&serial_number=77144713&doc_type=OOA&mail_date=20070713** (or copy and paste this URL into the address field of your browser), or visit **http://portal.uspto.gov/external/portal/tow** and enter the application serial number to **access** the Office action.

**PLEASE NOTE**: The Office action may not be immediately available but will be viewable within 24 hours of this notification.

**RESPONSE MAY BE REQUIRED:** You should carefully review the Office action to determine (1) if a response is required; (2) how to respond; and (3) the applicable **response time period**. Your response deadline will be calculated from 7/13/2007.

**Do NOT hit "Reply" to this e-mail notification, or otherwise attempt to e-mail your response, as the USPTO does NOT accept e-mailed responses.  Instead, the USPTO recommends that you respond online using the Trademark Electronic Application System response form at http://www.uspto.gov/teas/eTEASpageD.htm.**

**HELP:** For *technical* assistance in accessing the Office action, please e-mail **TDR@uspto.gov**.  Please contact the assigned examining attorney with questions about the Office action.

# WARNING
**1. The USPTO will NOT send a separate e-mail with the Office action attached.**

**2. Failure to file any required response by the applicable deadline will result in the ABANDONMENT of your application.**

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2021-07-06 01:32:16 EDT |
| **Mark:** | SPECTACULAR ASIAN LANTERN FESTIVAL |

Spectacular Asian Lantern
Festival

| | | | |
|---|---|---|---|
| **US Serial Number:** | 77144713 | **Application Filing Date:** | Mar. 30, 2007 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **TM5 Common Status Descriptor:** | | | DEAD/APPLICATION/Refused/Dismissed or Invalidated |

This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active.

| | |
|---|---|
| **Status:** | Abandoned because the applicant failed to respond or filed a late response to an Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page. |
| **Status Date:** | Feb. 08, 2008 |
| **Date Abandoned:** | Jan. 14, 2008 |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | SPECTACULAR ASIAN LANTERN FESTIVAL |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Entertainment in the nature of Asian cultural festival | | |
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Culture Asia Partners USA, Inc. |
| **Owner Address:** | #208 |

4157 W. 5th St.
Los Angeles, CALIFORNIA UNITED STATES 90020

**Legal Entity Type:** CORPORATION       **State or Country**   NEVADA
**Where Organized:**

# Attorney/Correspondence Information

**Attorney of Record - None**

**Correspondent**

**Correspondent**   CULTURE ASIA PARTNERS USA, INC.
**Name/Address:**   CULTURE ASIA PARTNERS USA, INC.
4157 W 5TH ST STE 208
LOS ANGELES, CALIFORNIA UNITED STATES 90020-4100

**Phone:** (213) 384-3480           **Fax:** (213) 384-3173

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Feb. 08, 2008 | ABANDONMENT NOTICE MAILED - FAILURE TO RESPOND | |
| Feb. 08, 2008 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| Jul. 13, 2007 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Jul. 13, 2007 | NON-FINAL ACTION E-MAILED | 6325 |
| Jul. 13, 2007 | NON-FINAL ACTION WRITTEN | 63030 |
| Jul. 13, 2007 | ASSIGNED TO EXAMINER | 63030 |
| Apr. 03, 2007 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** GOODSAID, IRA J       **Law Office**   LAW OFFICE 101
**Assigned:**

**File Location**

**Current Location:** TMEG LAW OFFICE 101 - EXAMINING       **Date in Location:**   Feb. 08, 2008
ATTORNEY ASSIGNED




**Assignments on the Web** > _Trademark Query_

## No assignment has been recorded at the USPTO

### For Serial Number: 77144713

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6