MINUTES OF PROCEEDINGS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| Date: | July 15, 2021 |
| Judge: | James S. Gwin |
| Case No.: | 21-CV-1284 |
| Court Reporter: | Lance Boardman |

BOARD OF PARK COMMISSIONERS )
OF THE CLEVELAND METROPOLITAN )
PARK DISTRICT, )
                              )
    PLAINTIFF, )
V. )
                              )
ZOOLOGICAL SOCIETY OF )
PITTSBURGH, )
                              )
    DEFENDANT. )

MATTERS CONSIDERED: Temporary restraining order.

TOTAL TIME: 1 hour                                        *s/ Lexie Tintor*
                                                                             Courtroom Deputy Clerk