*The Court approves stipulated dismissal without prejudice 8/9/2021.*
*s/ James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| BOARD OF PARK COMMISSIONERS OF THE CLEVELAND METROPOLITAN PARK DISTRICT | ) ) ) ) CASE NO. 1:21-cv-1284 |
| Plaintiff, | ) ) ) JUDGE JAMES S. GWIN |
| vs. | ) ) |
| ZOOLOGICAL SOCIETY OF PITTSBURGH a/k/a PITTSBURGH ZOO & PPG AQUARIUM | ) ) ) ) |
| Defendants. | ) **NOTICE OF DISMISSAL** ) |

_____

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Board of Park Commissioners of the Cleveland Metropolitan Park District hereby dismisses this action, without prejudice.

Respectfully submitted,

Dated: August 6, 2021

/s/ Carrie A. Shufflebarger
Carrie A. Shufflebarger (0081141)
Carrie.Shufflebarger@ThompsonHine.com
**THOMPSON HINE LLP**
312 Walnut Street, 14th Floor
Cincinnati, Ohio 45202-4089
P: 513-352-6678 | F: 513-241-4771

Mark R. Butscha, Jr. (0088854)
Mark.Butscha@ThompsonHine.com
**THOMPSON HINE LLP**
3900 Key Center, 127 Public Square
Cleveland, Ohio 44114-1291
P: 216-566-5500 | F: 216-566-5800

*Attorneys for Plaintiff Board of Park Commissioners of the Cleveland Metropolitan Park District*