# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| BOARD OF PARK COMMISSIONERS OF THE CLEVELAND METROPOLITAN PARK DISTRICT, | ) ) ) ) | CASE NO 1:21-CV-1284 |
| | ) | JUDGE JAMES S. GWIN |
| Plaintiff, | ) ) | JUDGMENT |
| vs. | ) ) | |
| ZOOLOGICAL SOCIETY OF PITTSBURGH, | ) ) ) | |
| Defendant. | ) | |

The Court entered an Order on August 9, 2021 approving Joint Stipulated Dismissal and dismisses this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: August 9, 2021                     *s/   James S. Gwin*
                                          JAMES S. GWIN
                                          UNITED STATES DISTRICT JUDGE